UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| PLAINTIFF, | ) ) ) |
| vs. | ) ) CAUSE NO: 4:19-CV-00084-JVB-JEM |
| PURDUE UNIVERSITY, and ALYSA ROLLOCK, and KATHERINE SERMERSHEIN, in their official and individual capacities, | ) ) ) ) ) ) |
| DEFENDANTS. | ) ) |

## NOTICE OF SETTLEMENT AND REQUEST TO STAY INTERIM DEADLINES

Defendants, The Trustees of Purdue University, Alysa Rollock, and Katherine Sermersheim, hereby provide notice that the parties mediated on September 29, 2020 and settlement was achieved at this mediation. The parties are in the process of completing the settlement documents. The parties anticipate finalizing the settlement documentation and filing dismissal papers within thirty (30) days of submission of this Notice and respectfully request that the Court stay all interim deadlines through October 30, 2020. Counsel for Plaintiff Jane Doe has no objection to this filing.

Dated: September 30, 2020.          Respectfully submitted,

/s/ Scotty N. Teal
Scotty N. Teal (Attorney No. 35713-53)
William P. Kealey (Attorney No. 18973-79)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN  47902-1010
Telephone:  765-423-1561
Facsimile: 765-742-8175
E-Mail:  wpk@stuartlaw.com
***Attorneys for Defendants***